

# Fourth Court of Appeals
## San Antonio, Texas

July 17, 2019

No. 04-19-00380-CV

**IN RE E.H.R., JR., A CHILD,**

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2018PA01921
Honorable Richard Garcia, Judge Presiding

## O R D E R

      This is an accelerated appeal of the trial court's order terminating appellant's parental rights. The disposition of this appeal is governed by the standards set forth in Rule 6.2 of the Texas Rules of Judicial Administration. TEX. R. JUD. ADMIN. 6.2. Accordingly, this appeal is required to be brought to final disposition within 180 days of the date the notice of appeal is filed. *Id*.

      Appellant's brief was originally due to be filed on July 15, 2019. On that date, appellant filed a motion requesting an extension of twenty (20) days to file the brief. Appellant's motion, however, does not comply with Texas Rule of Appellate Procedure 10.1(a)(5) in that it does not contain a certificate of conference. In the interest of justice and given the time constraints governing the disposition of this appeal, the motion is GRANTED. Appellant's brief must be filed no later than August 5, 2019. Given the time constraints governing the disposition of this appeal, *further requests for extensions of time will be disfavored*.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court